A97A1528. UBOSI v. LEASECOMM CORPORATION.
(487 SE2d 141)

McMURRAY, Presiding Judge.

Leasecomm Corporation commenced this action against Angie Ubosi to collect on a foreign judgment and obtained a default judgment against her for $1,424.50 plus $440.22 interest when Ubosi failed to appear for trial on January 8, 1997. On January 16, 1997, Ubosi filed an "Objection to the Judgment" which the trial court

---

[2] For sentencing purposes, the aggravated assault charge merged with the robbery by force charge.

treated as a motion to set aside the judgment under OCGA § 9-11-60 (d) and denied the "Objection" on March 10, 1997. Ubosi then filed this pro se direct appeal on March 20, 1997. *Held*:

Under OCGA § 5-6-35 (a) (8), the discretionary appeal procedures are required to appeal the denial of a motion to set aside a judgment filed pursuant to OCGA § 9-11-60 (d). *MMT Enterprises v. Cullars*, 218 Ga. App. 559, 560 (2), 561 (462 SE2d 771). The discretionary appeal procedures are also required in actions for damages in which the judgment is for $10,000 or less. OCGA § 5-6-35 (a) (6). Ubosi's failure in the case sub judice to comply with those requisite discretionary procedures deprives this Court of the jurisdiction. This appeal must therefore be dismissed.

*Appeal dismissed. Beasley and Smith, JJ., concur.*

DECIDED MAY 29, 1997.

Before Judge Smith.

Angie N. Ubosi, *pro se.*
*Mann, Bracken, Layng & Knezo, Stephen J. Knezo*, for appellee.